AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
Apr 8 2025
Clerk, U.S. District Court
Western District of Texas

By: _MG_
Deputy

| | |
|---|---|
| **USA** § | |
| § | **CRIMINAL COMPLAINT** |
| vs. § | CASE NUMBER: **EP:25-M -01567(1)  ATB** |
| § | |
| **(1) DOMINGO SARMIENTO-SARMIENTO** § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 07, 2025** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, and was found in the United States after having been previously excluded, deported, and removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: **" On April 07, 2025, in the Western District of Texas, the DEFENDANT, SARMIENTO-Sarmiento, Domingo, an alien to the United States and a citizen of Mexico, was encountered was a passenger of a Greyhound Bus that enter the immigration "**

Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

/S/ MACIAS, J. CHRISTIAN
Signature of Complainant
Border Patrol Agent

April 8, 2025
File Date

at EL PASO, Texas
City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN AT 01:12 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -01567(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) DOMINGO SARMIENTO-SARMIENTO**

*FACTS   (CONTINUED)*

inspection lane at the Sierra Blanca Border Patrol checkpoint located on Interstate 10 east mile marker 102.5 near Sierra Blanca, Texas.

From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.

The DEFENDANT has been previously removed from the United States to Mexico on June 29, 2018, through the Del Rio, TX.

The DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been deported 2 time(s), the last one being to MEXICO on June 29, 2018, through DEL RIO, TX, INTL BRIDGE**

CRIMINAL HISTORY:

**04/06/2009, San Jose, CA, HIT AND RUN (M), CNV, 5 Days 2 Year Prob.**
**01/28/2016, Charleston, SC, DRIVING WITHOUT A LICENSE (M), CNV, Fine.**
**04/05/2016, Charleston, SC, DUI <10, 1ST OFFENSE (M), CNV, Fine or Jail Time.**

Case 3:25-mj-01567-ATB    Document 1    Filed 04/08/25    Page 2 of 2
CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -01567(1)**